IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


GARRETT CONSTRUCTION, INC.                                              PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:09cv379WJG-JMR

ASHBRITT, INC., and
FEDERAL INSURANCE COMPANY                                          DEFENDANTS


ORDER OF DISMISSAL


        The parties having announced to the Court a settlement of this case and the Court being desirous

that this matter be finally closed on its docket, it is, therefore.

        ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice as to all

parties.  If any party fails to consummate this settlement within twenty (20) days of the date of entry hereof,

any aggrieved party may, within ten (10) days thereafter, reopen the case for enforcement of the settlement

agreement, and if successful all additional attorneys' fees and costs from this date shall be awarded such

aggrieved party or parties against the party failing to consummate the settlement agreement.

        This Court specifically retains jurisdiction for the purpose of the enforcement of this settlement.

        SO ORDERED AND ADJUDGED this the 1st day of  July , 2010.



                        _____*Walter J. Gex III*_____
                        UNITED STATES SENIOR DISTRICT JUDGE